MORRIS L. KAUFMAN, Appellant, *v.* ALFRED G. WALTER, Respondent.

Supreme Court, Appellate Term, Second Department, May 1, 1925.

**Judgment — res judicata — judgment in action on one of two claims arising out of same contract bar to action on second claim.**

A judgment, in an action brought on one of two claims arising out of the same contract, in existence when said action was brought, is a bar to an action on the other claim.

APPEAL from a judgment of the Municipal Court, Borough of Brooklyn, Sixth District.

*Mark Rudich,* for the appellant.

*Cyrus S. Jullien,* for the respondent,

PER CURIAM:

Judgment affirmed, with twenty-five dollars costs.

We think the logical rule is where two or more claims arising out of the same contract are in existence when an action is brought upon one, a judgment in that action is a bar to an action upon the other. In coming to this conclusion we have not overlooked *Perry* v. *Dickerson* (85 N. Y. 345).